DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

February 11, 2015

By ECF

Hon. Claire C. Cecchi
United States District Judge
Martin Luther King Building
  and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

                Re: North Jersey Media v. SarahPAC
                    14-cv-0553 (CCC)(MF)

Dear Judge Cecchi:

      We represent plaintiff in the above action.

      We are writing to request that the Court reinstate defendants' motion to dismiss (Dkt. 29), which the Court administratively terminated on December 16, 2014 (Dkt. 34), and decide that motion.

      The basis for this request is that the parties have been unable to finalize the settlement agreement for which discussions began before Christmas of 2014. Independently, plaintiff has defeated a motion for summary judgment based upon a defendants' claim of fair use in a similar case. NJMG v. Pirro and Fox News, 13 Civ. 7153 (S.D.N.Y. February 10, 2015) (Dkt. 71).

                                    Respectfully yours,

                                    William Dunnegan

CC:   Ronald Colman, Esq.
        (By Email)