UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NORTH JERSEY MEDIA GROUP, INC.,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**SARAHPAC,** *et al.***,**<br><br>                    **Defendants.** | Civil Action No. 14-553 (CCC)<br><br><br>**ORDER** |

    **THIS MATTER** having come before the Court for a conference on February 24, 2015; and the Court having discussed the status of the case; and as discussed with counsel during the conference;

    **IT IS on this 26th day of February 2015,**

    **ORDERED** that, there shall be an **in-person** status and settlement conference before the Undersigned on **March 13, 2015, at 10:00 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Newark, New Jersey.  All counsel are required to attend **in-person**.  Clients may be available by telephone.  Counsel should be prepared to spend the entire day in Court.


                                                                           s/Mark Falk              
                                                                           **MARK FALK**
                                                                           **United States Magistrate Judge**