## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC., <br><br> *Plaintiff,* <br><br> *v.* <br><br> SARAHPAC, SARAH PALIN *and* JOHN DOE NOS. 1-5, <br><br> *Defendants.* | **2:14-cv-00553-CCC-MF** <br><br> **DEFENDANTS' NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

    **PLEASE TAKE NOTICE THAT**, defendants SarahPAC and Sarah Palin (collectively, "defendants') by their counsel, moves this Court before the Honorable Claire C. Cecchi, United States District Judge for the District of New Jersey, Martin Luther King Building & U.S. Courthouse 50 Walnut Street Room 4015 Newark, NJ 07101, on May 4, 2015, for an order enforcing the Settlement Agreement reached between the parties. Defendants base their motion on their accompanying memorandum of law, and the certification of Ronald D. Coleman and the exhibits annexed thereto, and all matters for which the Court may take judicial notice.

GOETZ FITZPATRICK LLP

By: _Ronald D. Coleman_
    Ronald D. Coleman (RC 3875)
    Brian Farkas (BF 3418)
One Penn Plaza—Suite 3100
New York, NY 10119
(212) 695-8100
rcoleman@goetzfitz.com
*Attorneys for Defendants*
*SarahPAC and*
*Sarah Palin*

*Of Counsel:*
John J. Tiemessen (*Pro Hac Vice*)
CLAPP PETERSON TIEMESSEN THORSNESS
    AND JOHNSON LLC
411 Fourth Avenue – Suite 300
Fairbanks, Alaska 99701