UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC., *Plaintiff*, v. SARAHPAC, SARAH PALIN *and* JOHN DOE NOS. 1-5, *Defendants*. | 2:14-cv-00553-CCC-MF ORDER |

CLAIRE C. CECCHI, United States District Judge

IT IS HEREBY ORDERED that:

1) The Settlement Agreement dated February 9, 2015, duly agreed upon by the parties and on file with the Court under seal, is enforced, for good cause shown; and

2) Plaintiff North Jersey Media Group, Inc. shall file a stipulation of dismissal with prejudice within seven (7) days of this Order pursuant to ¶ 1 of the Settlement Agreement.

_____
Claire C. Cecchi, District Judge