IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP, <br><br> Plaintiff, <br><br> vs. <br><br> SARAHPAC, *et al.*, <br><br> Defendant. | Civil Action: 2:14-cv-00553-CCC-MF |

CERTIFICATION OF COUNSEL

Ronald D. Coleman, of full age, certifies and says as follows:

1. I am an attorney at law and a partner of counsel for defendants in this matters and submit this Certification pursuant to the Clerk's Quality Control Message dated April 16, 2015.

2. Docket Entry #42, designated as confidential, was filed by in support of the Motion to Enforce Judgment, Docket Entry #41, that same day.

3. Both docketed filings contain confidential materials, as set forth in the filed materials themselves, whose confidential nature has been agreed to by the parties in written stipulations.

4. As set forth in the filings themselves, releasing this material from its current sealed status would result in harm and would severely undermine not only the motion being filed but the ability of the Court to achieve its goal to achieve a negotiated settlement among the parties.

2

5.     For this reason, although the filing was procedurally deficient, it nonetheless complied with the spirit and purpose of the Local Rules and on our client's behalf we request that confidentiality of the sealed material be maintained.

I certify that the foregoing statements are true.  I am aware that if the foregoing statements are not willfully false, I am subject to punishment.

Date:  April 20, 2015

/s/
Ronald D. Coleman

2