# **<u>Exhibit A</u>**



## RE: 11:30 a.m. tomorrow?
**Brian Farkas [bfarkas@goetzfitz.com]**

You replied on 12/18/2014 6:58 PM.

**Sent:** Thursday, December 18, 2014 6:29 PM
**To:** William Dunnegan
**Cc:** Ronald Coleman [rcoleman@goetzfitz.com]

Bill,

We have confirmed with our client, and accept your offer of a $15,000.00 settlement. We assume that this will include a mutual confidentiality/non-disparagement clause in the stipulation of discontinuance. We would like to see your draft of the stipulation before it's filed.

Speak to you tomorrow,

Brian

--
Brian Farkas
Goetz Fitzpatrick LLP | 212.695.8100

**From:** Brian Farkas
**Sent:** Wednesday, December 17, 2014 7:32 PM
**To:** wd@dunnegan.com
**Cc:** Ronald Coleman
**Subject:** 11:30 a.m. tomorrow?

Bill,

Can we aim for a conference call with the court at 11:30 a.m.? Ron and I are both available.

Brian

___
Brian Farkas
Goetz Fitzpatrick LLP
(212) 695-8100