# **Exhibit B**



## RE: NJMG v. SarahPac
**Brian Farkas [bfarkas@goetzfitz.com]**

You replied on 12/22/2014 5:57 PM.

**Sent:** Monday, December 22, 2014 5:39 PM
**To:** William Dunnegan
**Cc:** Ronald Coleman [rcoleman@goetzfitz.com]; Richard Weiss

Bill,

Unfortunately our client cannot agree to a settlement without the confidentiality/non-disparagement clause we've described. Should your client be willing to include such a clause, I believe we could settle this very quickly for the $15,000 we've discussed. Otherwise, we can continue to litigate.

Regards,

Brian

--
Brian Farkas
Goetz Fitzpatrick LLP | 212.695.8100

---

**From:** William Dunnegan [mailto:wd@dunnegan.com]
**Sent:** Monday, December 22, 2014 11:52 AM
**To:** Brian Farkas
**Cc:** Ronald Coleman; Richard Weiss
**Subject:** RE: NJMG v. SarahPac

We are not prepared at this stage to provide a confidentiality agreement.

If that is a deal breaker, please let me know as soon as possible so that we can advise the Court.