# Archer & Greiner P.C.
ATTORNEYS AT LAW

**Ronald D. Coleman**
*Member of New Jersey
and New York Bars*
rcoleman@archerlaw.com
201-342-6000 Direct

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
**www.archerlaw.com**

April 21, 2015

**ECF**

Clerk, U.S. District Court
District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ  07101

      Re:  North Jersey Media v. SarahPAC et al.
            Civil Action No. 2:14-cv-00553-CCC-MF

Dear Sir or Madam:

    We write in connection with the issue of the sealing our pending motion (Docket Entry No. 42) and the subsequent Clerk's Order and related directions from the Court.

    Last night plaintiff filed its responsive papers without regard for its commitments concerning confidentiality, thereby vitiating the purpose of the sealed filing and mooting any further need to bring the sealing request into compliance with the Local Rules.  Defendants do not waive their rights as against plaintiff for doing so.  Acknowledging that it has been done, however, plaintiff writes now to request that the Clerk make the documents previously filed under seal publicly available as soon as possible so that all with an interest in this matter be availed of both sides' submissions with respect to the pending application.

    Thank you for your assistance.

                            Very truly yours,

                            /s/
                            RONALD D. COLEMAN

cc:    Counsel of Record (ECF)