UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NORTH JERSEY MEDIA GROUP, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **SARAHPAC, et al.,** <br><br> Defendants. | Civil Action No. 14-553 (CCC) <br><br> <u>**ORDER**</u> |

      **IT IS on this 6th day of May, 2015**

      **ORDERED** that there shall be an in-person conference before the Undersigned on **May 26, 2015** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.


                                          /s/ Mark Falk
                                        **MARK FALK**
                                        **United States Magistrate Judge**