UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Brian Farkas (BF 3418)
GOETZ FITZPATRICK LLP
One Penn Plaza – Suite 3100
New York, NY 10119
bfarkas@goetzfitz.com

*Attorneys for Defendants*
*SarahPAC, Sarah Palin and*
*John Doe Nos. 1-5*

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SARAHPAC, SARAH PALIN *and* JOHN DOE NOS. 1-5, <br><br> *Defendants.* | 2:14-cv-00553-CCC-MF <br><br> DECLARATION OF BRIAN FARKAS IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD |

I, Brian Farkas, being duly sworn, hereby state as follows:

1. The undersigned respectfully moves the Court to enter an order reflecting the withdrawal of attorney Brian Farkas as attorney of record for defendants in this matter.

2. The law firm of Goetz Fitzpatrick LLP no longer represents defendants in this matter.

3. Defendants are continuing to be represented by attorney Ronald D. Coleman, now of the law firm Archer & Greiner, P.C.

4. Mr. Coleman, the partner with primary responsibility for this matter, has left Goetz Fitzpatrick. Goetz Fitzpatrick is not asserting a retaining or charging lien in connection

with this matter.

5. The undersigned does not believe the aforementioned change in counsel should impact scheduling in this case, and no trial is scheduled.

6. Pursuant to the Local Rules of the District of New Jersey, the undersigned confirms that a copy of this declaration is being served via ECF only upon defendants and all other parties approximately contemporaneously with its filing.

7. I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

WHEREFORE, the undersigned respectfully requests that the Court enter an order withdrawing Brian Farkas as attorney of record and removing their names as attorneys to be noticed on the Court's ECF system.

> Respectfully submitted,
> GOETZ FITZPATRICK LLP
>
> By: _____
> Brian Farkas (BF 3418)
> One Penn Plaza, Suite 3100
> New York, New York 10119
> (212) 695-8100
> bfarkas@goetzfitz.com
>
> *Attorneys for Defendants*
> *SarahPAC, Sarah Palin and*
> *John Doe Nos. 1-5*

Dated: September 10, 2015

2